**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELIAS ILYIA, | No. 12-35138 |
| Plaintiff - Appellant, | D.C. No. 2:11-cv-01593-RSL |
| v. | |
| MAROUN N EL KHOURY, aka Maroun N El-Khoury, aka Maroun N Elkhoury, aka Maroun N Khoury and SOPHIE JALBERT EL KHOURY, aka Sophie Jalbert, | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Western District of Washington
Robert S. Lasnik, District Judge, Presiding

June 26, 2012[**]

Before:    SCHROEDER, HAWKINS and GOULD, Circuit Judges.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Elias Ilyia appeals the district court's denial of his request for preliminary injunctive relief against Maroun N El Khoury and Sophie Jalbert El Khoury. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief, and we conclude the district court did not abuse its discretion. *The Lands Council v. McNair*, 537 F.3d 981, 986 (9th Cir. 2008); *see Winter v. Natural Resources Defense Council*, 129 S. Ct. 365, 374 (2008) (listing factors for district court to consider); *Sports Form, Inc. v. United Press Int'l*, 686 F.2d 750, 752-53 (9th Cir. 1982) (explaining limited scope of review).

**AFFIRMED.**

12-35138